UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CR-20006-GRAHAM

UNITED STATES OF AMERICA

vs.

ROCCO OPPEDISANO,

    Defendant.

_____/

## FACTUAL PROFFER

The United States and the defendant, Rocco Oppedisano ("OPPEDISANO"), stipulate that if this case were to proceed to trial, the United States would prove the following facts, among others, beyond a reasonable doubt:

On or about December 2, 2019, the U.S. Coast Guard ("USCG") cutter COCHITO was patrolling in the waters east of Haulover Inlet, Florida. The COCHITO spotted a recreational vessel headed west towards Florida. The vessel is a United States registered 63' Sunseeker yacht named the INXS FINALLY. Initially, the INXS FINALLY did not respond to radio calls to stop, but eventually the operator stopped two (2) nautical miles east of Haulover Inlet. OPPEDISANO was driving the INXS FINALLY. He claimed to be the only person onboard and told the USCG officers that he had departed Golden Beach, Florida, that morning and was on his way back to Golden Beach. However, the GPS Chart Plotter showed a clear track from Florida to Nassau, The Bahamas, and back.

During their inspection of the INXS FINALLY, the USCG officers could not access the front or back staterooms and OPPEDISANO refused to let them in. The USCG officers brought the INXS FINALLY to Bill Bird Marina near Haulover Inlet, the first place they entered the

Southern District of Florida, and requested assistance from U.S. Customs and Border Protection ("CBP").

When CBP agents arrived, they gained access to the INXS FINALLY's staterooms. Inside they found a total of fifteen (15) aliens. The USCG transferred the aliens and OPPEDISANO to the USCG cutter BERNARD C. WEBER to collect the biometrics and processing. Checks of immigration and law enforcement databases revealed that none of the people onboard the INXS FINALLY had permission to enter the United States on December 2, 2019, including Ying Lian LI, H.W., and X.K.

OPPEDISANO and the aliens were taken to the U.S. Border Patrol Station in Dania Beach, Florida. The aliens' biometrics were collected again and checked against additional law enforcement and immigration databases. Those checks confirmed the earlier findings by the USCG. Additionally, those checks revealed that OPPEDISANO had also been previously removed from the United States on January 31, 2019. Furthermore, those checks revealed that OPPEDISANO had not received consent from the Attorney General or his successor, the Secretary of Homeland, to apply for readmission to the United States before entering and attempting to enter the United States. OPPEDISANO was searched by USCG officers and they recovered $4,833 in his possession.

After receiving and acknowledging his *Miranda* rights, OPPEDISANO agreed to be interviewed by law enforcement. He admitted he knew the aliens on the INXS FINALLY did not have permission to enter the United States. Furthermore, OPPEDISANO admits that he was expecting to be paid by a smuggler for transporting the fourteen (14) Chinese aliens, including Ying Lian LI, H.W., and X.K. to the United States.

On December 19, 2020, HSI agents conducted an inventory search of the INXS FINALLY. Behind a panel in OPPEDISANO's closet, the agents discovered $207,850 in U.S. and Bahamian currency.

The United States and OPPEDISANO agree that these facts, which do not include all of the facts known to the United States and to OPPEDISANO, are sufficient to prove the guilt of OPPEDISANO as to the crime of Bringing an Alien to the United States for the Purposes of Commercial or Private Financial Gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(II).

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 7/17/20   By: _____
PETER LINK
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Date: 7/17/20   By: _____
CURT OBRANT
ATTORNEY FOR THE DEFENDANT

Date: 7-14-20   By: _____
ROCCO OPPEDISANO
DEFENDANT