UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20006-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROCCO OPPEDISANO,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY SENTENCE TO "TIME SERVED" DUE TO DEFENDANT'S SERVICE OF SENTENCE**

COMES NOW the Defendant, ROCCO OPPEDISANO, by and through the undersigned counsel and respectfully moves the Honorable Court to modify sentence to "time served" due to Defendant's service of sentence, and as grounds in support thereof would state as follows:

1. The Defendant appeared for sentencing on March 30, 2022 and received a sentence of 150 days followed by three years of supervised release and was ordered to voluntarily surrender to his designated institution on or before May 27, 2022. (DE No. 61).

2. Undersigned counsel was recently notified by United States Probation Officer Bran Alvarado, who conducted the PSR in this case, that the BOP had issued a Notice to United States Probation Office of Over Served Time indicating that Mr. Oppedisano had over-served his sentence by 82 days, since he had already served a total of 232 days on his 150-day sentence. Consequently, Mr. Oppedisano was not designated to a facility to voluntarily surrender to since he has already completed his sentence.

1

3. Accordingly, the Defendant is requesting that the Court modify the sentence to "time served" and allow him to begin serving his three-year term of supervised release since he has already served his 150-day sentence as noted by the BOP above

4. Undersigned counsel has conferred with both Assistant United States Attorney Daniel Cahill and United States Probation Officer Bran Alvarado who is also in agreement to modifying the judgment in this case to "time served" so that the Defendant can immediately report to Probation to begin serving his three-year supervised release term.

WHEREFORE, based upon the foregoing, the Defendant respectfully requests this Honorable Court modify the sentence to "time served" and allow him to surrender/report to United States Probation to begin his term of supervised release.

Respectfully submitted,

OBRONT COREY, PLLC
Attorneys for Defendant

By: /s/     Curt Obront
Curt Obront, Esq.
Florida Bar No. 402494
100 South Biscayne Boulevard
Suite 800
Miami, Florida 33131
Phone: (305) 373-1040
Fax:    (305) 373-2040
E-mail: curt@obrontcorey.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/     Curt Obront
Curt Obront, Esq.