UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20006-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROCCO OPPEDISANO,

    Defendant.
_____/

### AGREED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY SENTENCE TO "TIME SERVED" DUE TO DEFENDANT'S SERVICE OF SENTENCE

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Modify Sentence to "Time Served" Due to Defendant's Service of Sentence, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the motion is granted, and the sentence is hereby modified to "time served", and the Defendant shall report/surrender to the United States Probation Office within 72 hours of the date of the signing of this Order to begin his three-year term of supervised release.

DONE AND ORDERED this 25th day of May, 2022.

                                           s/Donald L. Graham
                                           DONALD GRAHAM
.                                          United States District Judge